**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-23306-CIV-SEITZ/BANDSTRA

TIGER DIRECT, INC.,

    Plaintiff,

v.

WHENU.COM,

    Defendant.
_____/



FILED by _____ D.C.
AUG 2 5 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal of Action Without Prejudice, filed August 21, 2003. Upon due consideration and pursuant to *Fed. R. Civ. P.* 41(a), it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE. Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 22nd day of August, 2003.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc:
Magistrate Judge Ted E. Bandstra
Jennifer G. Altman, Esq. (fax: 305-539-1307)
Jane W. Moscowitz, Esq. (fax: 305-379-4404)
Michael D. Paley, Esq. (fax: 212-479-6275)